## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA L. WHITE** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 26-2613** |
| | : |
| **CHARMAINE EDMONDS, LESLIE** | : |
| **SWINT, JOSE & LINDA & MICHAEL,** | : |
| **NICETOWN COURT APARTMENTS** | : |

## ORDER

**AND NOW**, this 30th day of April 2026, upon granting Plaintiff leave to proceed without paying the filing fees (ECF 5) requiring we screen her allegations (ECF 2) consistent with Congress's mandate, finding Plaintiff does not plead claims within our federal question or diversity subject matter jurisdiction at this stage but mindful she is proceeding without an attorney, and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** we:

1.    **DISMISS** Plaintiff's Complaint (ECF 2) without prejudice to file an amended Complaint consistent with the governing law by no later than **May 22, 2026**; and,

2.    **DIRECT** the Clerk of Court to **NOT ISSUE SUMMONS[ES]** until further Order.

_____
KEARNEY, J.